UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00063-AB |
| v. | INFORMATION |
| FELICIA MARIE MONTOYA, | 18 U.S.C. § 1709 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Mail by Postal Employee)**
**(18 U.S.C. § 1709)**

On or about May 9, 2025, in the District of Oregon, defendant **FELICIA MARIE MONTOYA**, a United States Postal Service employee, did embezzle postal cards, packages, bags, and mails and any article or thing contained therein, which had been entrusted to the defendant, or which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service

/ / /

/ / /

/ / /

/ / /

**Information**                                                                                 **Page 1**

In violation of Title 18, United States Code, Section 1709.

Dated: March 17, 2026                    Respectfully Submitted

                                         SCOTT E. BRADFORD
                                         United States Attorney

                                         /s/ William M. Narus
                                         WILLIAM M. NARUS, CASB #243633
                                         First Assistant United States Attorney