SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**WILLIAM M. NARUS, CASB #243633**
First Assistant United States Attorney
William.Narus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:26-cr-00063-AB |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| FELICIA MARIE MONTOYA, | |
| Defendant. | |

## I.    INTRODUCTION

Over many months defendant Felicia Marie Montoya ("defendant") stole the contents of pieces of mail containing cash and gift cards while she worked as a postal carrier for the U.S. Postal Service.

The United States agrees with U.S. Probation Office's sentencing recommendation of three years of probation, a $100 special assessment, and a restitution amount of $395.

## II.    BACKGROUND

According to the Presentence Report (PSR), defendant had worked as a City Carrier assigned to the Sorting and Delivery Center in Salem, Oregon, from May 2023 until her resignation in August 2025.  (PSR ¶ 14.)

**Government's Sentencing Memorandum**                                                                 **Page 1**

According to the plea agreement to be entered and the PSR, from November 2024 through June 2025, defendant rifled through mailings and stole the enclosed items including approximately $1,000 in cash and gift cards.  (PSR ¶ 14.)  On May 9, 2025, defendant stole approximately $300 contained within a letter that had been entrusted to her to deliver, as alleged in the Information.

On March 16, 2026, the U.S. Attorney filed an Information charging Theft of Mail by a Postal Employee, in violation of 18 U.S.C. § 1709.  At the request of the parties, the U.S. Probation Office agreed to draft a pre-plea PSR.  The Court scheduled an arraignment, waiver of indictment, change of plea, and sentencing hearing for July 8, 2026.

## III.    SENTENCING GUIDLINES

Pursuant to the plea agreement to be entered on July 8, 2026, the parties agree to the following guideline calculations:

| Description | Offense Level | Guideline Section |
| --- | --- | --- |
| Base Offense Level | 6 | USSG § 2B1.1(a)(2) |
| Abuse of a position of public trust | +2 | USSG § 3B1.3(b) |
| Acceptance of responsibility | -2 | USSG § 3E1.1(a) |
| Zero-point offender | -2 | USSG § 4C1.1 |
| **Total:** | **4** | |

The PSR classified defendant in criminal history category I.  (PSR ¶ 36.)

## IV.    ARGUMENT

The sentence recommended by the United States is below, organized by the relevant sentencing factors.

**Government's Sentencing Memorandum**                                                          **Page 2**

### A.    Nature and Circumstances of the Offense

Defendant abused her position of public trust as a letter carrier to open and steal mail for months.  While the loss amount at issue is low compared to other federal theft cases, the defendant's conduct directly harmed both the victims and the U.S. Postal Service, which is a key government institution that many people in this country rely on to deliver items to loved ones. The nature and circumstances of the offense justify this felony conviction and a sentence of three years of probation.

### B.    History and Characteristics of the Defendant

The PSR recounts defendant's difficult upbringing and drug addiction.  (PSR ¶¶ 44, 54.) The Court should certainly consider those factors when it fashions a sentence.  The United States also acknowledges that defendant admitted to her conduct when interviewed by investigators and has agreed to resolve this case quickly and without being indicted.  The defendant does not have any criminal history.

### C.    Need to Reflect Seriousness of the Offense, Promote Respect for the Law, Provide Just Punishment, Afford Adequate Deterrence, and Protect the Public

Defendant's conduct was serious.  She damaged the victims' trust in the U.S. Postal Service and stole gift cards and money, depriving them of the money and causing them the frustration of trying to determine what happened to their mail.  To reflect the seriousness of the offense and to deter others from engaging in similar conduct, the Court should impose a probationary term of three years.

///

///

**Government's Sentencing Memorandum**                                                        **Page 3**

## V.    RESTITUTION

The United States requests that the Court award restitution to the victims in the amount of $395.  This is the amount of loss attributable to defendant's conduct.  The United States will separately provide the Court with a list of victims.

## VI.    CONCLUSION

The Court should sentence defendant to three years of probation, a $100 special assessment, and impose $395 in restitution.

Dated: June 30, 2026                Respectfully submitted,

                                    SCOTT E. BRADFORD
                                    United States Attorney

                                    */s/ William M. Narus*
                                    WILLIAM M. NARUS, CASB #243633
                                    First Assistant United States Attorney

**Government's Sentencing Memorandum**                                **Page 4**